IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 15 PM 12: 22

ROBERT R. DITROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA )
    Plaintiff, )
)
VS. )  CR. NO. 04-20453-DMa
)
MARVIN DAVIS )
    Defendant. )
)

## ORDER ON CHANGE OF PLEA AND SETTING

    This cause came on to be heard on June 14, 2005, the United States Attorney for this district, Katrina U. Earley, appearing for the Government and the defendant, Marvin Davis, appearing in person and with counsel, Randolph W. Alden, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **TUESDAY, AUGUST 23, 2005, at 9:00 A.M., in Courtroom No. 2, on the 11th floor before Judge Samuel H. Mays, Jr.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 14th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-15-05

(36)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CR-20453 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT